JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MARTINEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FERGUSON ENTERPRISES, LLC, a Virginia Corporation; and DOES 1–50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-03226-SPG-BFM<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT FOR PURPOSES OF SEEKING SETTLEMENT APPROVAL ONLY [ECF NO. 40]** |

　　　　Before the Court is the parties' Joint Stipulation to Remand Removed Action for Purposes of Seeking Settlement Approval Only. (ECF No. 40 ("Stipulation")). Pursuant to the parties' Stipulation, this case shall be remanded to the Superior Court of the State of California, County of Los Angeles, so that the parties may seek settlement approval. All

pending dates are vacated and the case is closed without prejudice to the parties' ability to refile this matter in federal court should the case not settle.

**IT IS SO ORDERED.**

DATED:  March 26, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE